*/i/ p/n/c/n/c/* )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5 26 08

———————————————————————— x
MICHAEL RUBIN, Individually and On Behalf of :
All Others Similarly Situated,                :
                                              :
            Plaintiff,                        :
                                              :
    vs.                                       :    Civil Action No. 1:08-cv-02233 (VM)
                                              :
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN :        STIPULATION AND ORDER
R. DAVIS, AMY S. BUTTE, ALISON J.             :
CARNWATH, CHRISTOPHER J. SMITH,               :    ECF Case
CHRISTOPHER BATES, HENRI J.                   :
STEENKAMP and EDWARD L. GOLDBERG,             :
                                              :
            Defendants.                       :
———————————————————————— x

## STIPULATION AND ORDER ADJOURNING THE TIME FOR THE MF GLOBAL DEFENDANTS TO ANSWER, MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that plaintiff shall have until 60 days after the entry of an order appointing lead plaintiff

and approving lead counsel pursuant to 15 U.S.C. § 77z-1(a)(3) to file an amended complaint,

and that the time of defendants MF Global, Ltd., Kevin R. Davis, Amy S. Butte, Alison J.

Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L.

Goldberg (the "MF Global defendants") to answer, move to dismiss or otherwise respond to the

Complaint shall be extended to 60 days after the filing of such amended complaint. Plaintiff will

have 60 days after the MF Global defendants file any motion to dismiss to file any response, and

the MF Global defendants will have 45 days thereafter to file any reply.

IT IS FURTHER ACKNOWLEDGED THAT, as 15 U.S.C. § 77z-1(b)(1)

provides, all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), shall be

stayed through the pendency of the motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

THE MF GLOBAL DEFENDANTS ACKNOWLEDGE, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, receipt of a copy of the Complaint in this action as of the date the Court "so orders" and enters this Stipulation, and agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring service of judicial process in the manner provided for by Fed. R. Civ. P. 4.

IT IS FURTHER STIPULATED AND AGREED THAT nothing herein shall be deemed to constitute a waiver of, and the MF Global defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including defenses related to personal jurisdiction.

Dated: New York, New York
      March 25, 2008

WEISS & LURIE                                    WACHTELL, LIPTON, ROSEN & KATZ

By: _____                   By: _____
    Joseph H. Weiss (JW-4534)                        Bernard W. Nussbaum (BN-0187)
    James E. Tullman (JT-9597)                       David B. Anders (DA-6932)
    Richard A. Acocella (RA-2029)                    Elaine P. Golin (EG-2523)
                                                     Won S. Shin (WS-1978)

551 Fifth Avenue                                 51 West 52nd Street
New York, New York  10176                        New York, New York  10019
(212) 682-3025                                   (212) 403-1000
(212) 682-3010 (facsimile)                       (212) 403-2000 (facsimile)

STULL, STULL & BRODY                             *Attorneys for Defendants MF Global, Ltd.,*
Jules Brody (JB-9151)                            *Kevin R. Davis, Amy S. Butte, Alison J*
6 East 45th Street                               *Carnwath, Christopher J. Smith, Christopher*
New York, New York  10017                        *Bates, Henri J. Steenkamp, and Edward L.*
                                                 *Goldberg*
*Attorneys for Plaintiff*


SO ORDERED

**Victor Marrero**
United States District Judge

Dated:    New York, New York
          26 March, 2008