UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

MICHAEL RUBIN, Individually and On Behalf of All Others Similarly Situated,

           Plaintiff,

    vs.

MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. DAVIS, AMY S. BUTTE, ALISON J. CARNWATH, CHRISTOPHER J. SMITH, CHRISTOPHER BATES, HENRI J. STEENKAMP and EDWARD L. GOLDBERG,

           Defendants.

———————————————————— x

Civil Action No. 1:08-cv-02233 (VM)

NOTICE OF APPEARANCE

ECF Case

———————————————————— x

NANETTE KATZ, On Behalf of Herself and All Others Similarly Situated,

           Plaintiff,

    vs.

MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. DAVIS, AMY S. BUTTE, CHRISTOPHER J. SMITH, ALISON J. CARNWATH, CHRISTOPHER BATES, EDWARD L. GOLDBERG and HENRI J. STEENKAMP,

           Defendants.

———————————————————— x

Civil Action No. 1:08-cv-02802 (VM)

NOTICE OF APPEARANCE

ECF Case

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte in the above-captioned actions. I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 7, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Bernard W. Nussbaum
Bernard W. Nussbaum (BN-0187)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

*Attorneys for Defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg*

*Co-counsel for Defendant Amy S. Butte*

-2-