UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x
MICHAEL RUBIN, Individually and On Behalf of : 
All Others Similarly Situated, :
                Plaintiff, :
    vs. :  Civil Action No. 1:08-cv-02233 (VM)
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN :   ECF Case
R. DAVIS, AMY S. BUTTE, ALISON J.
CARNWATH, CHRISTOPHER J. SMITH,
CHRISTOPHER BATES, HENRI J.
STEENKAMP and EDWARD L. GOLDBERG,
                Defendants. :
————————————————————— x
————————————————————— x
NANETTE KATZ, On Behalf of Herself and All :
Others Similarly Situated, :
                Plaintiff, :
    vs. :  Civil Action No. 1:08-cv-02802 (VM)
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN :   ECF Case
R. DAVIS, AMY S. BUTTE, CHRISTOPHER J.
SMITH, ALISON J. CARNWATH,
CHRISTOPHER BATES, EDWARD L.
GOLDBERG and HENRI J. STEENKAMP,
                Defendants. :
————————————————————— x

## CERTIFICATE OF SERVICE

        The undersigned, an attorney, hereby certifies that on April 7, 2008, he caused copies of the following documents to be served on counsel for the parties in the above-captioned actions as indicated on the attached service list:

        (i)    Notice of Appearance of Bernard W. Nussbaum as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte;

    (ii)    Notice of Appearance of David B. Anders as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte;

    (iii)    Notice of Appearance of Elaine P. Golin as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte;

    (iv)    Notice of Appearance of Won S. Shin as counsel of record for defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg and as co-counsel for defendant Amy S. Butte; and

    (v)    Statement of MF Global, Ltd. Pursuant to Federal Rule of Civil Procedure 7.1.

Dated: New York, New York  
        April 7, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Won S. Shin  
Won S. Shin (WS-1978)  
51 West 52nd Street  
New York, New York 10019  
Telephone: (212) 403-1000  
Facsimile: (212) 403-2000

## SERVICE LIST

| | |
|---|---|
| By ECF | Joseph H. Weiss<br>James E. Tullman<br>Richard A. Acocelli<br>Weiss & Lurie<br>551 Fifth Avenue<br>New York, New York  10176 |
| By FedEx | Jules Brody<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, New York  10017<br><br>*Attorneys for Plaintiff Michael Rubin* |
| By ECF | Richard A. Speirs<br>Shaye J. Fuchs<br>Zwerling, Schachter & Zwerling, LLP<br>41 Madison Avenue, 32nd Floor<br>New York, New York  10010 |
| By FedEx | Stephen L. Brodsky<br>Zwerling, Schachter & Zwerling, LLP<br>41 Madison Avenue, 32nd Floor<br>New York, New York  10010<br><br>*Attorneys for Plaintiff Nanette Katz* |
| By FedEx | Marshall H. Fishman<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br><br>*Co-counsel for Defendant Amy S. Butte* |