UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― x

MICHAEL RUBIN, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. DAVIS, AMY S. BUTTE, ALISON J. CARNWATH, CHRISTOPHER J. SMITH, CHRISTOPHER BATES, HENRI J. STEENKAMP and EDWARD L. GOLDBERG,

        Defendants.

―――――――――――――――――――――――――― x

Civil Action No. 1:08-cv-02233 (VM)

ECF Case

―――――――――――――――――――――――――― x

NANETTE KATZ, On Behalf of Herself and All Others Similarly Situated,

        Plaintiff,

vs.

MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. DAVIS, AMY S. BUTTE, CHRISTOPHER J. SMITH, ALISON J. CARNWATH, CHRISTOPHER BATES, EDWARD L. GOLDBERG and HENRI J. STEENKAMP,

        Defendants.

―――――――――――――――――――――――――― x

Civil Action No. 1:08-cv-02802 (VM)

ECF Case

**STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant MF Global, Ltd. discloses that it has no parent corporation and that each of the following publicly held corporations owns 10% or more of its stock: Man Group plc and AllianceBernstein L.P.

Dated: New York, New York
       April 7, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

By:   /s/ David B. Anders
     Bernard W. Nussbaum (BN-0187)
     David B. Anders (DA-6932)
     Elaine P. Golin (EG-2523)
     Won S. Shin (WS-1978)

51 West 52nd Street
New York, New York 10019
(212) 403-1000
(212) 403-2000 (facsimile)

*Attorneys for Defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg*

*Co-counsel for Defendant Amy S. Butte*