UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
MICHAEL RUBIN, Individually and On Behalf of All : 
Others Similarly Situated, :
                              Plaintiff, :
   vs. :   Civil Action No. 08 Civ. 02233 (VM)
 :
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. :   Notice of Appearance
DAVIS, AMY S. BUTTE, ALISON J. CARNWATH, :
CHRISTOPHER J. SMITH, CHRISTOPHER BATES, :   ECF Case
HENRI J. STEENKAMP and EDWARD L. :
GOLDBERG, :
                            Defendants. :
———————————————————————— x
———————————————————————— x
NANETTE KATZ, On Behalf of Herself and All :
Others Similarly Situated, :
                            Plaintiff, :   Civil Action No. 08 Civ. 02802 (VM)
   vs. :
 :   Notice of Appearance
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. :
DAVIS, AMY S. BUTTE, CHRISTOPHER J. SMITH, :   ECF Case
ALISON J. CARNWATH, CHRISTOPHER BATES, :
EDWARD L. GOLDBERG and HENRI J. :
STEENKAMP, :
                            Defendants. :
———————————————————————— x
———————————————————————— x
FRANK MATASSA, Individually And On Behalf of :
All Others Similarly Situated, :
                            Plaintiff, :
   vs. :
 :   Civil Action No. 08 Civ. 02895 (VM)
MF GLOBAL, LTD., MAN GROUP PLC, EDWARD :
L. GOLDBERG, AMY S. BUTTE, ALISON J. :   Notice of Appearance
CARNWATH, KEVIN R. DAVIS, CHRISTOPHER J. :
SMITH, MERRILL LYNCH, PIERCE, FENNER & :   ECF Case
SMITH INC., CREDIT SUISSE SECURITIES (USA) :
LLC, CITIGROUP GLOBAL MARKETS INC., J.P. :
MORGAN SECURITIES INC., LEHMAN :
BROTHERS INC., UBS SECURITIES LLC, :
GOLDMAN, SACHS & CO., MORGAN STANLEY :
& CO. INC., and DEUTSCHE BANK SECURITIES :
INC., :
                            Defendants. :
———————————————————————— x

KL3 2651456.1

- 2 -

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned consolidated actions as co-counsel for defendant Amy S. Butte.

The undersigned is admitted to practice before this Court.

Dated: New York, New York
April 8, 2008

<div style="margin-left: 3em;">
Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _/s/ Marshall H. Fishman_
      Marshall H. Fishman
1177 Avenue of the Americas
New York, New York  10036
(212) 715-9100
E-Mail: mfishman@kramerlevin.com

*Co-Counsel for Defendant Amy S. Butte*
</div>

- 2 -