UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
MICHAEL RUBIN, Individually and On Behalf of All : 
Others Similarly Situated, :
                              Plaintiff, :
   vs. : Civil Action No. 08 Civ. 02233 (VM)
 :
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. : Notice of Appearance
DAVIS, AMY S. BUTTE, ALISON J. CARNWATH, :
CHRISTOPHER J. SMITH, CHRISTOPHER BATES, : ECF Case
HENRI J. STEENKAMP and EDWARD L. :
GOLDBERG, :
                            Defendants. :
———————————————————— x
———————————————————— x
NANETTE KATZ, On Behalf of Herself and All :
Others Similarly Situated, :
                              Plaintiff, : Civil Action No. 08 Civ. 02802 (VM)
   vs. :
 : Notice of Appearance
MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. :
DAVIS, AMY S. BUTTE, CHRISTOPHER J. SMITH, : ECF Case
ALISON J. CARNWATH, CHRISTOPHER BATES, :
EDWARD L. GOLDBERG and HENRI J. :
STEENKAMP, :
                            Defendants. :
———————————————————— x
———————————————————— x
FRANK MATASSA, Individually And On Behalf of :
All Others Similarly Situated, :
                            Plaintiff, :
   vs. :
 : Civil Action No. 08 Civ. 02895 (VM)
MF GLOBAL, LTD., MAN GROUP PLC, EDWARD :
L. GOLDBERG, AMY S. BUTTE, ALISON J. : Notice of Appearance
CARNWATH, KEVIN R. DAVIS, CHRISTOPHER J. :
SMITH, MERRILL LYNCH, PIERCE, FENNER & : ECF Case
SMITH INC., CREDIT SUISSE SECURITIES (USA) :
LLC, CITIGROUP GLOBAL MARKETS INC., J.P. :
MORGAN SECURITIES INC., LEHMAN :
BROTHERS INC., UBS SECURITIES LLC, :
GOLDMAN, SACHS & CO., MORGAN STANLEY :
& CO. INC., and DEUTSCHE BANK SECURITIES :
INC., :
                            Defendants. :
———————————————————— x

KL3 2651516.1

- 2 -

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned consolidated actions as co-counsel for defendant Amy S. Butte.

The undersigned is admitted to practice before this Court.

Dated: New York, New York
April 8, 2008

                Respectfully submitted,

                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                By: /s/ Brendan M. Schulman
                      Brendan M. Schulman
                1177 Avenue of the Americas
                New York, New York   10036
                (212) 715-9100
                E-Mail: bschulman@kramerlevin.com

                *Co-Counsel for Defendant Amy S. Butte*