```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
MICHAEL RUBIN,                       :
                                     :   08 Civ. 2233 (VM)
                 Plaintiff,          :
                                     :
     - against -                     :
                                     :
MF GLOBAL, LTD., et al.,             :
                                     :
                                     :
                 Defendants.         :
-------------------------------------X
------------------------------------ X
SUNSHINE WIRE AND CALBE DEFINED      :
BENEFIT PENSION PLAN TRUST,          :
                                     :   08 Civ. 2867 (VM)
                 Plaintiff,          :
                                     :
     - against -                     :
                                     :
MF GLOBAL, LTD., et al.,             :   ORDER
                                     :
                                     :
                 Defendants.         :
-------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-08

**VICTOR MARRERO**, United States District Judge.

Upon review of the complaints and other papers filed with the Court in connection with the cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert the same or substantially similar causes of action against all or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all purposes;

and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 2233; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 08 Civ. 2867, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         9 April 2008

 _____
        VICTOR MARRERO
           U.S.D.J.

MEMORANDUM

DATE:  04/07/2008

TO:    UNIT: Case Processing

FROM:  MDL Unit/Case Processing

SUBJECT: ASSIGNMENT OF A CASE AS RELATED.

RE:  08 CV 2867   SUNSHINE -V- MF GLOBAL

The above action is assigned to Judge MARRERO from the unassigned docket as related to 08 CV 2233 The case processing clerk shall prepare and file an original Notice of Assignment and mail copies to each attorney of record.

***Designated Magistrate Judge ELLIS

cc: Judge MARRERO