```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MICHAEL RUBIN,                      :
                                    :    08 Civ. 2233 (VM)
                  Plaintiff,        :
                                    :
     - against -                    :
                                    :
MF GLOBAL, LTD., et al.,            :
                                    :
                                    :
                  Defendants.       :
------------------------------------X
------------------------------------X
MICHAEL J. RUDNICK,                 :
                                    :    08 Civ. 3359 (VM)
                  Plaintiff,        :
                                    :
     - against -                    :
                                    :
MF GLOBAL, LTD., et al.,            :    ORDER
                                    :
                                    :
                  Defendants.       :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-08

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert the same or substantially similar causes of action against all or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all purposes;

and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 2233; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 08 Civ. 3359, as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         15 April 2008

_____
VICTOR MARRERO
U.S.D.J.