**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

Ramzi Abadou
ramzia@csgrr.com

May 7, 2008

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

```
USDS SDNY      VIA FAX
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08
```

Re:   *Rubin v. MF Global, Ltd., et al.*, Case No. 1:08-cv-02223-VM

Dear Judge Marrero:

My firm has recently been retained to represent certain investors who wish to make a motion for appointment as lead plaintiff in the above-referenced action. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in this action, no later than 60 days following the publication of notice advising investors of the pendency of this action. 15 U.S.C. §§78u-4(a)(3)(A) and (B). This notice was issued on March 10, 2008; accordingly, our client must file its motion no later than Friday, May 9, 2008.

Your Honor's Individual Practices, however, require that "[a] party wishing to make a motion ... should send a letter to the Court concisely describing the basis for the proposed motion and requesting a pre-motion conference." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on May 9, 2008.

Respectfully submitted,

RAMZI ABADOU

cc:   Attached service list (by fax)

Request GRANTED. The prospective plaintiffs referred to above may proceed to move for appointment as lead plaintiffs herein by 5-9-08 without the necessity of a conference.

SO ORDERED:
5-7-08
DATE        VICTOR MARRERO, U.S.D.J.

655 West Broadway, Suite 1900 · San Diego, California 92101-8498 · 619.231.1058 · Fax 619.231.7423 · www.csgrr.com