KIRBY McINERNEY LLP
Ira M. Press (IP 5313)
Peter S. Linden (PL 8945)
830 Third Avenue, 10th Floor
New York, New York 10022
(212) 371-6600

*Attorneys for Movant, Detroit General Retirement System*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN,<br><br>        Plaintiff,<br><br>v.<br><br>MF GLOBAL, LTD., et al.,<br><br>        Defendants. | **Civil Action No.**<br>**08 CIV 2233(VM)** |

**NOTICE OF MOTION OF DETROIT GENERAL RETIREMENT SYSTEM TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, the Detroit General Retirement System ("DGRS") by its counsel, hereby moves this Court, before The Honorable Victor Marrero, Courtroom 20B, United States Courthouse, 500 Pearl Street, New York, NY 10007 on a date and at such time as may be designated by the Court, for an Order (i) appointing DGRS as lead plaintiff pursuant to §27(a)(3)(B) of the Securities Act of 1933 as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), (ii) approving the DGRS's selection of the law firm Kirby McInerney LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

This motion is made on the ground that good cause exists for the granting of the Order sought. In support of this motion, DGRS submits herewith a Memorandum of Law and Affidavit of Ira M. Press.

Dated: May 9, 2008

                                        Respectfully submitted,

                                        **KIRBY McINERNEY LLP**

By: _____
                                        Ira M. Press (IP 5313)
                                        Peter S. Linden (PL 8945)
                                        830 Third Avenue, 10th Floor
                                        New York, NY 10022
                                        Tel: (212) 371-6600

*Proposed Lead Counsel*

**ALLEN BROTHERS, P.L.L.C**
James Allen, Sr.
400 Monroe, Suite 220
Detroit, MI 48226
Tel: (313) 962-7777

*Additional Attorneys for Movant, DGRS*