UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHAEL RUBIN, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. DAVIS, AMY S. BUTTE, ALISON J. CARNWATH, CHRISTOPHER J. SMITH, CHRISTOPHER BATES, HENRI J. STEENKAMP and EDWARD L. GOLDBERG, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

08-CV-2233 (VM)

---

### NOTICE OF MOTION AND MOTION OF SOUTH SHORE INVESTMENT GROUP, CRL MANAGEMENT, LLC, KAL KOPLIN AND MICHAEL RUBIN FOR APPOINTMENT AS LEAD PLAINTIFFS AND <u>APPROVAL OF THEIR SELECTION OF LEAD COUNSEL</u>

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion of South Shore Investment Group, CRL Management, LLC, Kal Koplin and Michael Rubin for Appointment as Lead Plaintiffs and Approval of Their Selection of Lead Counsel, the Declaration of Joseph H. Weiss and such other evidence as the Court may consider, South Shore Investment Group, CRL Management, LLC, Kal Koplin and Michael Rubin move the Court, pursuant to Fed. R. Civ. P. 42(a) and Section 27(a)(3)(B) of the Securities Act of 1933

for an order: (i) appointing them as Lead Plaintiffs; and (ii) approving their choice of Weiss & Lurie as Lead Counsel.

Dated: May 9, 2008

Respectfully submitted,

**WEISS & LURIE**

By: /s/ Joseph H. Weiss
Joseph H. Weiss  (JW-4534)
James E. Tullman  (JT-9597)
Mark D. Smilow (MS-2809)
551 Fifth Avenue
New York, New York 10176
(212) 682-3025
(212) 682-3010 (Fax)

Attorneys for Movants
South Shore Investment Group, CRL Management, LLC, Kal Koplin and Michael Rubin