UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MF GLOBAL, LTD. SECURITIES LITIGATION | Electronically Filed<br><br>Civil Action No. 1:08-cv-02233-VM<br><br>(ECF Case) |

# CERTIFICATE OF SERVICE

I, Evan J. Smith, hereby certify that on May 9, 2008, the following documents were electronically filed with the Clerk of Court using the CM/ECF system and served on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. First Class Mail, postage prepaid.

1. Motion Of Jose Betancourt To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel;

2. Memorandum Of Law In Support Of The Motion Of Jose Betancourt To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel;

3. Declaration Of Evan J. Smith In Support Of The Motion Of Jose Betancourt To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel; and

4. [Proposed] Order Consolidating Actions, Appointing Lead Plaintiff And Approving Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel

/s Evan J. Smith, Esquire (ES3254)
Evan J. Smith (ES3254)

## SERVICE LIST

***Counsel for Plaintiff Michael Rubin***
James Evan Tullman
Joseph Harry Weiss
Richard Adam Acocelli, Jr
Weiss & Lurie
The Fred French Building
551 Fifth Avenue
New York, NY 10176
Tel: ( 212) 682 3025
Fax: (212) 682 3010

***Counsel for Plaintiff Frank Matassa***

| | |
|---|---|
| Kim Elaine Miller | Lewis Kahn |
| Kahn Gauthier Swick, LLC | Kahn Gauthier Swick, LLC |
| 12 East 41st Street | 650 Poydras Street |
| 12th Floor | Suite 2150 |
| New York, NY 10017 | New Orleans, LA 70130 |
| Tel: (212) 696-3730 | Tel: (504) 455-1400 |
| Fax: (504) 455-1498 | Fax: (504) 455-1498 |

***Counsel for Plaintiff Sunshine Wire and Cable Defined Benefit Pension Plan Trust***

| | |
|---|---|
| Lynda J. Grant | S. Douglas Bunch |
| Cohen, Milstein, Hausfeld & Toll, P.L.L.C. | Steven Jeffrey Toll |
| 150 East 52nd Street | Cohen, Milstein, Hausfeld, & Toll, P.L.L.C. |
| 30th Floor | 1100 New York Avenue, N.W |
| New York, NY 10022 | Suite 500 West Tower |
| Tel: (212) 907-0700 | Washington, DC 20005 |
| Fax: (212) 883-7057 | Tel: (202) 408-4600 |
| | Fax: (202) 408-4699 |

***Counsel for Plaintiff Nanette Katz***
Richard A Speirs
Shaye J Fuchs
Zwerling, Schachter & Zwerling
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

***Counsel for Defendants***

| | |
|---|---|
| Bernard W. Nussbaum | Marshall Howard Fishman |
| David B. Anders | Brendan M. Schulman |
| Won S. Shin | Elaine Patricia Golin |
| Wachtell, Lipton, Rosen & Katz | Kramer Levin Naftalis & Frankel, LLP |
| 51 West 52nd Street | 1177 Avenue of the Americas |
| New York, NY 10019 | New York, NY 10036 |
| Tel: (212) 403-1365 | Tel (212) 715-7678 |
| Fax: (212) 403-2000 | Fax: (212) 715-8000 |