**KAHN GAUTHIER SWICK, LLC**
Michael A. Swick (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Fax: (504) 455-1498

**KAHN GAUTHIER SWICK, LLC**
Lewis S. Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for Ira Zeidman and Roslyn Fabian and
Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL RUBIN, Individually And On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MF GLOBAL, LTD. et al,<br><br>                    Defendants. | DOCKET NUMBER: 08-cv-2233<br><br>HON. VICTOR MARRERO |

**MOTION OF IRA ZEIDMAN AND ROSLYN FABIAN TO CONSOLIDATE ALL FUTURE RELATED ACTIONS; TO BE APPOINTED LEAD PLAINTIFFS; AND TO APPROVE PROPOSED LEAD PLAINTIFFS' CHOICE OF COUNSEL**

Ira Zeidman and Roslyn Fabian ("Zeidman & Fabian" or "Movants") respectfully move this Court for an order: (1) consolidating all future related actions; (2) appointing Movants as Lead Plaintiffs in this action pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995 ("PLSRA"); and (3) approving Movants' selection of the law firm of Kahn Gauthier Swick, LLC, as Lead Counsel for the Class.

Zeidman & Fabian make this Motion on the belief that they are the most "adequate plaintiffs" as defined in the PSLRA because:

1. they have the largest financial interest in the relief sought by the Class and have incurred substantial losses in the amount of $58,050.00 as a result of their purchases of MF Global, Ltd. stock pursuant and/or traceable to the July 19, 2007 IPO through February 28, 2008, and

2. they satisfy the typicality and adequacy requirements of Fed. R. Civ. P. Rule 23.

Zeidman & Fabian further request that the Court approve the selection of their counsel, Kahn Gauthier Swick, LLC, ("KGS"), as Lead Counsel for the Class. KGS is a nationally-recognized law firm with significant class action, fraud, and complex litigation experience, and is a firm with the resources to effectively and properly pursue this action.

WHEREFORE, for all of the reasons set forth herein and in the Memorandum of Law and the Miller Declaration submitted herewith, Zeidman & Fabian respectfully request that this Court: (1) consolidate all future related actions with the instant case; (2) appoint Zeidman & Fabian as Lead Plaintiffs pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, as amended by the PSLRA; (3) approve Zeidman & Fabian's selection of Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated: May 9, 2008                               Respectfully submitted,

                                              KAHN GAUTHIER SWICK, LLC

                                              /s/ Kim E. Miller
                                              Michael A. Swick (MS-9970)
                                              Kim E. Miller (KM-6996)
                                              12 East 41st Street, 12th Floor
                                              New York, NY 10017
                                              Telephone: (212) 696-3730
                                              Facsimile: (504) 455-1498

                                              And

                                              KAHN GAUTHIER SWICK, LLC
                                              Lewis S. Kahn
                                              650 Poydras St., Suite 2150
                                              New Orleans, Louisiana 70130
                                              Telephone (504) 455-1400
                                              Facsimile: (504) 455-1498

                                              *Counsel for Ira Zeidman and Roslyn Fabian*
                                              *and Proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

     I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on May 9, 2008.

                                              /s/ Kim E. Miller
                                              Kim E. Miller

**KAHN GAUTHIER SWICK, LLC**
Michael A. Swick (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY  10017
Telephone:  (212) 696-3730
Fax:  (504) 455-1498

**KAHN GAUTHIER SWICK, LLC**
Lewis S. Kahn
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 455-1400
Fax:  (504) 455-1498

*Counsel for Ira Zeidman and Roslyn Fabian and*
*Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL RUBIN, Individually And On Behalf of All Others Similarly Situated,<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MF GLOBAL, LTD. et al,<br>　　　　　　　　Defendants. | DOCKET NUMBER: 08-cv-2233<br><br>HON. VICTOR MARRERO |

**[PROPOSED] ORDER CONSOLIDATING ALL FUTURE RELATED ACTIONS;**
**APPOINTING LEAD PLAINTIFFS; AND APPROVING PROPOSED LEAD**
**PLAINTIFFS' CHOICE OF COUNSEL**

  Having considered the motion of Ira Zeidman and Roslyn Fabian to consolidate all future related cases, to be appointed Lead Plaintiffs, and to approve proposed Lead Plaintiffs' choice of counsel, and all papers in support thereof and in opposition thereto, and oral argument, if any, and good cause appearing therefor:

1. All future filed actions will be consolidated with the instant action;

2. Ira Zeidman and Roslyn Fabian are hereby appointed Lead Plaintiffs for the Class pursuant to Section 27(a)(3)(B) of the Securities Act of 1933; and

3. The law firm of Kahn Gauthier Swick, LLC is hereby appointed Lead Counsel for Lead Plaintiff and the Class.

IT IS SO ORDERED.

DATED: _____    _____
                  THE HONORABLE VICTOR MARRERO
                  UNITED STATES DISTRICT JUDGE