**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL RUBIN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MF GLOBAL, LTD., ET AL.,<br><br>　　　　　　Defendants. | Civil Action No. 08-CV-2233 (VM) |

**MOTION OF MASSACHUSETTS LABORERS' PENSION FUND
FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD COUNSEL</u>**

Massachusetts Laborers' Pension Fund ("Mass Laborers"), by its counsel, hereby respectfully moves this Court to: (i) be appointed Lead Plaintiff in the consolidated securities class action; and (ii) approve its selection and retention of Berman DeValerio Pease Tabacco Burt & Pucillo as Lead Counsel and Bernstein Litowitz Berger & Grossmann LLP as Liaison Counsel.

In support of this Motion, Mass Laborers submits herewith a Memorandum of Law, the Declaration of Jeffrey C. Block with accompanying exhibits, and a Proposed Order.

Dated: May 9, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BERNSTEIN LITOWITZ BERGER &
　　　　　　　　　　　　　　　　　　　　GROSSMANN LLP**

　　　　　　　　　　　　　　　　　　　　By:　/s/ Gerald H. Silk
　　　　　　　　　　　　　　　　　　　　Gerald H. Silk (GS-4565)
　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　Telephone: 212-554-1400
　　　　　　　　　　　　　　　　　　　　Facsimile: 212-554-1444

　　　　　　　　　　　　　　　　　　　　*Proposed Liaison Counsel*

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
Jeffrey C. Block, Esq.
Leslie R. Stern, Esq.
Abigail R. Romeo, Esq.
One Liberty Square
Boston, MA  02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
E-mail:  jblock@bermanesq.com

*Counsel for the Mass Laborers' Pension Fund and Proposed Lead Counsel for the Class*