IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN,<br><br>              Plaintiff,<br><br>v.<br><br>MF GLOBAL, LTD., ET AL.,<br><br>              Defendants. | Civil Action No. 08-CV-2233 (VM) |

**CERTIFICATE OF SERVICE**

I, Maureen Duncan, hereby certify that on May 9, 2008, I caused

1- MOTION OF MASSACHUSETTS LABORERS' PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF COUNSEL AS LEAD PLAINTIFF;

2- MEMORANDUM OF LAW IN SUPPORT OF THE MASSACHUSETTS LABORERS' PENSION FUND'S MOTION FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF ITS SELECTION OF LEAD COUNSEL; and

3- DECLARATION OF JEFFREY C. BLOCK

to be filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service.

/s/ Maureen Duncan
Maureen Duncan