UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>MF GLOBAL, LTD., et al.,<br><br>        Defendants. | Civil Action No. 1:08-cv-02233-VM<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>BUILDING TRADES UNITED PENSION TRUST FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that putative class member Building Trades United Pension Trust Fund (the "Building Trades Fund") will and hereby does move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, NY 10007, for an order: (1) appointing the Building Trades Fund as lead plaintiff pursuant to §77z of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995; and (2) approving the Building Trades Fund's selection of Coughlin Stoia Geller Rudman & Robbins LLP as lead counsel. In support of this motion, the Building Trades Fund submits the accompanying memorandum of law and the Affidavit of David A. Rosenfeld.

DATED: May 9, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
RAMZI ABADOU
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\MF Global\NOT00051163-LP.doc

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 9, 2008.

          s/ David A. Rosenfeld
          DAVID A. ROSENFELD

          COUGHLIN STOIA GELLER
              RUDMAN & ROBBINS LLP
          58 South Service Road, Suite 200
          Melville, NY  11747
          Telephone:  631/367-7100
          631/367-1173 (fax)

          E-mail: Drosenfeld@csgrr.com

# Mailing Information for a Case 1:08-cv-02233-VM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard Adam Acocelli , Jr**
  racocelli@weisslurie.com

- **David B. Anders**
  dbanders@wlrk.com

- **Marshall Howard Fishman**
  mfishman@kramerlevin.com,mattorney@kramerlevin.com

- **Elaine Patricia Golin**
  EPGolin@wlrk.com

- **Lynda J. Grant**
  lgrant@cmht.com,dcrecords@cmht.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com

- **Bernard W. Nussbaum**
  bwnussbaum@wlrk.com

- **Brendan M. Schulman**
  bschulman@kramerlevin.com,mattorney@kramerlevin.com

- **Won S. Shin**
  wshin@wlrk.com

- **Steven Jeffrey Toll**
  stoll@cmht.com,efilings@cmht.com

- **James Evan Tullman**
  jtullman@aol.com

- **Joseph Harry Weiss**
  jweiss@weisslurie.com,infony@weisslurie.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**S. Douglas Bunch**
Cohen, Milstein, Hausfeld, & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500
West Tower
Washington, DC 20005

**Lewis Kahn**
Kahn Gauthier Swick, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130