UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHAEL RUBIN, | : 08 Civ. 02233 (VM) |
| Plaintiff(s), | : NOTICE OF MOTION |
| v. | : |
| | : **ELECTRONICALLY FILED** |
| MF GLOBAL, LTD., ET AL., | : |
| Defendants. | : |

---

**NOTICE OF MOTION OF THE MF GLOBAL INSTITUTIONAL INVESTOR
GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF ITS SELECTION OF LEAD COUNSEL
PURSUANT TO SECTION 27(a)(3)(B) OF THE SECURITIES ACT OF 1933**

PLEASE TAKE NOTICE that class member the MF Global Institutional Investor Group, consisting of the Iowa Public Employees' Retirement System ("IPERS"), the Policemen's Annuity & Benefit Fund of Chicago ("PABF"), the Central States, Southeast and Southwest Areas Pension Fund ("Central States") and the State-Boston Retirement System ("State-Boston"), by its undersigned attorneys, hereby moves this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as added by Section 101(a) of the Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737 ("PSLRA"), for an Order:

(1) Appointing the MF Global Institutional Investor Group as Lead Plaintiff in the consolidated litigation for all claims asserted by purchasers of the securities of MF Global, Ltd. ("MF Global" or the "Company"); and

(2) Approving the MF Global Institutional Investor Group's choice of counsel, the law firms of Barrack, Rodos & Bacine and Cohen, Milstein, Hausfeld & Toll, P.L.L.C., as Co-Lead Counsel in this consolidated action.

The motion to appoint the MF Global Institutional Investor Group as lead plaintiff in the consolidated litigation for all claims asserted by purchasers of MF Global securities, and to approve its selection of lead counsel, is based upon the MF Global Institutional Investor Group's status as the most adequate plaintiff under the PSLRA and the qualifications of its proposed counsel.

In support of this motion, the MF Global Institutional Investor Group relies upon the accompanying Memorandum of Law, the Declaration of Mark R. Rosen dated May 9, 2008, which includes the Certifications of Gregg A. Schochenmaier, General Counsel of IPERS, John J. Gallagher, Jr., Executive Director of PABF, James P. Condon, Deputy General Counsel of Central States and Robert E. Tierney, Executive Officer of State-Boston, the pleadings filed in this case and the other related cases, and such other written or oral argument as may be presented to the Court.

DATED: May 9, 2008                                  Respectfully submitted,

By: _____/s/ William J. Ban_____
    A. Arnold Gershon (AG-3809)
    William J. Ban (WB-0382)
    Regina M. Calcaterra (RC-3858)
    BARRACK, RODOS & BACINE
    1350 Broadway
    Suite 1001
    New York, NY 10018
    Phone: (212) 688-0782
    Fax: (212) 688-0783

    BARRACK, RODOS & BACINE
    Leonard Barrack
    Daniel E. Bacine
    Mark R. Rosen
    Chad A. Carder
    3300 Two Commerce Square
    2001 Market Street
    Philadelphia, PA 19103
    Phone: (215) 963-0600
    Fax: (215) 963-0838

Attorneys for the Iowa Public Employees' Retirement System, the Policemen's Annuity & Benefit Fund of Chicago, and [Proposed] Co-Lead Counsel for Plaintiffs and the Class

Lynda J. Grant (LG-4784)
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Phone: (212) 838-7797
Fax: (212) 838-7745

Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, DC 20005-3964
Phone: (202) 408-4600
Fax: (202) 408-4699

Carol V. Gilden
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Phone: (312) 357-0370
Fax: (312) 357-0369

Attorneys for the State-Boston Retirement System and Central States, Southeast and Southwest Areas Pension Fund and [Proposed] Co-Lead Counsel for Plaintiffs and the Class

Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Phone: (212) 907-0700
Fax: (212) 818-0477

Additional Attorneys for the State-Boston Retirement System