## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of May, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that I have caused the documents to be sent by first class U.S. mail to the following:

| | |
|---|---|
| Evan J. Smith<br>Brodsky & Smith, LLC<br>240 Mineola Boulevard<br>Mineola, NY 11501 | Richard A. Maniskas<br>Seamus Kaskela<br>David Promisloff<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| Joseph H. Weiss<br>James E. Tullman<br>Richard A. Acocelli<br>Weiss & Lurie<br>551 Fifth Avenue<br>New York, NY 10176 | Jules Brody<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 |
| Richard A. Speirs<br>Shaye J. Fuchs<br>Zwerling, Schachter & Zwerling, LLP<br>41 Madison Avenue—32nd Floor<br>New York, NY 10010 | Michael E. Criden<br>Criden & Love, P.A.<br>7301 S.W. 57th Court, Ste. 515<br>South Miami, FL 33143 |
| Kim E. Miller<br>Kahn Gauthier Swick, LLC<br>12 East 41st Street—12th Floor<br>New York, NY 10017 | Lewis Kahn<br>Kahn Gauthier Swick, LLC<br>650 Poydras Street—Suite 2150<br>New Orleans, LA 70130 |

Bernard W. Nussbaum
David B. Anders
Elaine P. Golin
Won S. Shin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

60542

                                                                      /s/ Gloria Kui  
                                                                      Gloria Kui (GK5661)