UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. DAVIS, AMY S. BUTTE, ALISON J. CARNWATH, CHRISTOPHER J. SMITH, CHRISTOPHER BATES, HENRI J. STEENKAMP and EDWARD L. GOLDBERG,<br><br>Defendants. | Case No. 1:2008-cv-02233 (VM)<br><br>Class Action |


**NOTICE OF MOTION AND MOTION OF THE SHEET METAL WORKERS
PENSION PLAN OF NORTHERN CALIFORNIA
FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**


**WOLF POPPER LLP**
Robert C. Finkel
Natalie M. Mackiel*
(SDNY admission pending, admitted NY)
845 Third Avenue
New York, NY 10022
(212) 759-4600

Attorneys for Movant and
Proposed Lead Counsel for the Class

Doc. 160546

PLEASE TAKE NOTICE that pursuant to Section 27(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. §77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), the Sheet Metal Workers Pension Fund of Northern California ("Sheet Metal Workers") will move this Court, at the United States Courthouse, located at 500 Pearl St., Courtroom 20B, New York, New York 10007, for an order: (1) appointing the Sheet Metal Workers to serve as Lead Plaintiff, (2) approving the Sheet Metal Workers' selection of Wolf Popper LLP to serve as Lead Counsel in this action, and (3) for such other and further relief as is just.

In support of its motion, the Sheet Metal Workers respectfully submits: (1) a Memorandum of Law, dated May 9, 2008; and (2) the Declaration of Robert C. Finkel, dated May 9, 2008.

The Sheet Metal Workers respectfully requests oral argument on the motion.

Dated: May 9, 2008

                                              Respectfully submitted,

                                              **WOLF POPPER LLP**

                                              By: /s/ Robert C. Finkel

                                              Robert C. Finkel (2373)
                                              Natalie M. Mackiel (1948)
                                              845 Third Avenue
                                              New York, NY 10022
                                              (212) 759-4600

                                              Attorneys for Movant and
                                              Proposed Lead Counsel for the Class

## PROOF OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed with Wolf Popper LLP, whose offices are located in the City and State of New York. My business address is: 845 Third Avenue, New York, NY 10022.

That on May 9, 2008, I served the foregoing documents entitled: NOTICE OF MOTION AND MOTION OF THE SHEET METAL WORKERS PENSION PLAN OF NORTHERN CALIFORNIA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL in this action, in particular on the following counsel for Defendants:

Bernard W. Nussbaum
David B. Anders
Won S. Shin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1365
Fax: (212) 403-2000
Email: bwnussbaum@wlrk.com

Elaine Patricia Golin
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212)-715-3269
Fax: (212)-715-8000
Email: EPGolin@wlrk.com

*Attorneys for Defendants MF Global, Ltd., Kevin R. Davis, Amy S. Butte, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri Steenkamp and Edward Goldberg*

Brendan M. Schulman
Marshall Howard Fishman
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(2120 474-1000
Fax: (212) 715-8220
Email: bschulman@kramerlevin.com
mfishman@kramerlevin.com

*Attorneys for Defendant Amy S. Butte*

Doc. 160546

-i-

BY ELECTRONIC MEANS: I caused the above-referenced document to be uploaded onto the ECF system for the United States District Court, Southern District of New York.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on May 9, 2008, at New York, New York.

/s/ Robert C. Finkel

Robert C. Finkel