# BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

### ATTORNEYS AT LAW

ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194

WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

425 CALIFORNIA STREET, 21st FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

222 LAKEVIEW AVENUE, SUITE 900
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

May 9, 2008
Via Facsimile

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-08
```

Re:   Michael Rubin v. MF Global, LTD., et al.;
      Civil Action No. 08-CV-2233 (VM)

Dear Judge Marrero:

Berman DeValerio Pease Tabacco Burt & Pucillo has recently been retained to represent an institutional investor who wishes to make a motion for appointment as lead plaintiff in the above-referenced action. In order to satisfy the procedural requirements of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), this motion must be filed no later than 60 days following the publication of an initial notice advising investors of the pendency of this action. 15 U.S.C. § 77z-1(a)(3)(A)(II). As the initial notice was published on March 10, 2008, all motions seeking lead plaintiff status must be filed no later than May 9, 2008.

According to Your Honor's Individual Practice II. A., however, a party "wishing to make a motion...should send a letter to the Court concisely describing the basis for the proposed motion and requesting a pre-motion conference." Because of the filing deadline mandated by the PSLRA, we respectfully request leave from complying with this practice.

Sincerely,

Abigail R. Romeo

cc: All counsel

Request GRANTED. The prospective plaintiff referred to above may proceed to move for appointment as lead plaintiff herein without

SO ORDERED: the necessity of a pre-motion conference.

5-9-08

DATE         VICTOR MARRERO, U.S.D.J.