UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| MICHAEL RUBIN, | : | 08 Civ. 02233 (VM) |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| v. | : | Notice of Appearance |
| | : | |
| MF GLOBAL, LTD., ET AL., | : | |
| | : | |
| Defendants. | : | |

The undersigned hereby enters his appearance for plaintiff, MF GLOBAL INSTITUTIONAL INVESTOR GROUP, and requests electronic notification, in the above-entitled cause.

Dated: New York, New York
       May 12, 2008

Barrack, Rodos & Bacine

/s Alexander Arnold Gershon
Alexander Arnold Gershon (AG 3809)
*Attorneys for Plaintiffs*
1350 Broadway, Suite 1001
New York, New York 10018
Tel: (212) 688-0782
Fax: (212) 688-0783
agershon@barrack.com