UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, | : 08 Civ. 02233 (VM) |
| Plaintiff(s), | : |
| v. | : Notice of Appearance |
| MF GLOBAL, LTD., ET AL., | : |
| Defendants. | : |

The undersigned hereby enters her appearance for plaintiff, MF GLOBAL INSTITUTIONAL INVESTOR GROUP, and requests electronic notification, in the above-entitled cause.

Dated: New York, New York
       May 12, 2008

Barrack, Rodos & Bacine

/s Regina M. Calcaterra
Regina M. Calcaterra (RC-3858)
*Attorneys for Plaintiff*
1350 Broadway, Suite 1001
New York, New York 10018
Tel: (212) 688-0782
Fax: (212) 688-0783
rcalcaterra@barrack.com