*MARRERO/5*

**KAHN GAUTHIER SWICK, LLC**
Michael A. Swick (MS-9970)
Kim E. Miller (KM-6996)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730
Fax: (504) 455-1498

**KAHN GAUTHIER SWICK, LLC**
Lewis S. Kahn
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Counsel for Ira Zeidman and Roslyn Fabian*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MF GLOBAL, LTD. et al, <br><br> Defendants. | DOCKET NUMBER: 08-cv-2233 <br><br> HON. VICTOR MARRERO |

## NOTICE OF WITHDRAWAL OF THE MOTION OF IRA ZEIDMAN AND ROSLYN FABIAN FOR APPOINTMENT AS LEAD PLAINTIFF

On May 9, 2008, Ira Zeidman and Roslyn Fabian ("Zeidman and Fabian") filed a Motion to Consolidate Related Actions; to be Appointed Lead Plaintiffs; and to Approve Proposed Lead Plaintiffs' Choice of Counsel. Rec. Docket no. 32. After reviewing the motions for lead plaintiff filed by other Movants in this matter, Zeidman and Fabian hereby notice the withdrawal of their motion for lead plaintiff in light of the greater financial interest of other Movants.

Dated: May 13, 2008

Respectfully submitted,

KAHN GAUTHIER SWICK, LLC

s/ Kim E. Miller    by permission (AB)
Kim E. Miller (KM-6996)
Michael A. Swick  (MS-9970)
12 East 41st Street, 12th Floor
New York, NY 10017
Telephone:  (212) 696-3730
Facsimile:   (504) 455-1498

And

KAHN GAUTHIER SWICK, LLC
Lewis S. Kahn
650 Poydras St., Suite 2150
New Orleans, Louisiana 70130
Telephone (504) 455-1400
Facsimile: (504) 455-1498

*Counsel for Ira Zeidman and Roslyn Fabian*



SO ORDERED

Victor Marrero
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Voluntary Dismissal was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on May 13, 2008.

s/ Kim E. Miller    by permission (AB)
Kim E. Miller (KM-6996)