# WEISS & LURIE

The Fred French Building
551 Fifth Avenue
New York, New York 10176
TEL. (212) 682-3025
FAX (212) 682-3010

May 16, 2008

New York . Los Angeles

**VIA TELECOPY (212) 805-6382**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5-19-08

Re:   Rubin v. MF Global, Ltd.
      Case No. 08-cv-02233 (VM)

Dear Judge Marrero:

In accordance with Your Honor's direction, in a conference call today, counsel for competing movants for lead plaintiff in the captioned litigation agreed, subject to the Court's approval, that opposition papers shall be filed on or before May 27, 2008 and that reply papers shall be filed on or before June 6, 2008.

Respectfully yours,

Joseph H. Weiss

JHW/man

cc:   All Counsel (Via Email)

> Request GRANTED. The briefing schedule with regard to the motion _to appoint lead plaintiff_ herein is extended as set forth herein: motion papers submitted by _____; response _5-27-08_; reply _6-6-08_.
> SO ORDERED.
> 5-16-08
> DATE        VICTOR MARRERO, U.S.D.J.

TOTAL P.02