**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL RUBIN, Individually and On Behalf of All Others Similarly Situated, | Case No.  1:2008-cv-02233 (VM) |
| Plaintiff, | Filed Electronically |
| v. | |
| MF GLOBAL, LTD., MAN GROUP PLC, KEVIN R. DAVIS, AMY S. BUTTE, ALISON J. CARNWATH, CHRISTOPHER J. SMITH, CHRISTOPHER BATES, HENRI J. STEENKAMP and EDWARD L. GOLDBERG, | |
| Defendants. | |

**NOTICE OF  THE SHEET METAL WORKERS PENSION PLAN OF NORTHERN**
**CALIFORNIA WITHDRAWING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

On May 9, 2008, The Sheet Metal Workers Pension Plan of Northern California ("Sheet Metal Workers") filed a motion for appointment as lead plaintiff and approval of lead plaintiff's choice of lead counsel.  Subsequent to filing that motion, the Sheet Metal Workers was served with a competing motion by a group of lead plaintiff movants, each with a significantly larger financial interest in the relief sought in this action than the Sheet Metal Workers.  In light of the greater financial interests of that group of movants, the Sheet Metal Workers respectfully withdraws its lead plaintiff motion.

The Sheet Metal Workers remain willing, in the Court's discretion, to serve as a lead plaintiff in this action, or in any other capacity, if necessary to maximize the recovery of the class.

Doc.

Dated: May 21, 2008                        WOLF POPPER LLP


                                           By:  s/Robert C. Finkel
                                               Robert C. Finkel (RF 2373)
                                               Natalie Mackiel (NM 1948)
                                               845 Third Avenue
                                               New York, New York 10022
                                               212.759.4600

                                           Attorneys for Lead Plaintiff Movant
                                           The Sheet Metal Workers Pension Plan of Northern
                                           California

Case 1:08-cv-02233-VM    Document 57    Filed 05/21/2008    Page 3 of 3

BY ELECTRONIC MEANS:  I caused the above-referenced document to be uploaded onto the ECF system for the United States District Court, Southern District of New York, to be delivered electronically to the registered participants as identified on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on May 21, 2008, at New York, New York.

s/ Robert C. Finkel

Robert C. Finkel

Doc#:        Ver#:              :