UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RUBIN, Individually And On Behalf of All Others Similarly Situated,

Plaintiff,

MF GLOBAL, LTD., et al.,

Defendants.

Docket Number: 08-cv-2233 (VM)

Hon. Victor Marrero

NOTICE OF MOTION TO ADMIT
CAROL V. GILDEN *PRO HAC VICE*

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Elizabeth A. Berney, the Affidavit of Carol V. Gilden and the Certificate of Good Standing annexed thereto, the undersigned will move this Court, before the Honorable Victor Marrero on a date to be determined by the Court, in the United States Courthouse, 500 Pearl Street, Courtroom 20B, New York, New York 10007, for an Order (attached hereto), pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern District and Eastern Districts of New York, admitting Carol V. Gilden *pro hac vice*.

Dated: May 19, 2008

Respectfully submitted,

Elizabeth A. Berney (EB-9781)
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, New York 10022
(212) 838-7797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>MF GLOBAL, LTD., et al.,<br><br>Defendants. | Docket Number: 08-cv-2233 (VM)<br><br>Hon. Victor Marrero |

### AFFIDAVIT OF CAROL V. GILDEN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Carol V. Gilden, being duly sworn, deposes and says:

1. I am an attorney duly admitted to and a member in good standing of the Bar of the State of Illinois. I am a partner with the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C., attorneys for co-counsel to plaintiff. I make this affidavit in support of the application for my admission *pro hac vice* to this Court.

2. I have participated in the prosecution of this action and am familiar with the litigation.

3. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the Supreme Court of Illinois, which states that I have been duly admitted to and am a member in good standing of the Bar of Illinois.

*[signature]*
Carol V. Gilden

Sworn to and subscribed before me
this 21st day of May, 2008

*[signature]*
Notary Public

OFFICIAL SEAL
LAURIE HOEKSEMA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/08/09

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Carol Valerie Gilden

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1983 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, May 19, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>MF GLOBAL, LTD., et al.,<br><br>Defendants. | Docket Number: 08-cv-2233 (VM)<br><br>Hon. Victor Marrero |

## CERTIFICATE OF SERVICE

I, Theresa Graham, hereby certify that I am over the age of 18, and am employed by the Law Firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. On this 22nd day of May, 2008, I caused true and accurante copies of the foregoing Notice of Motion to Admit Carol V. Gilden *Pro Hac Vice*, Declaration of Elizabeth A. Berney in Support of Motion to Admit Counsel *Pro Hac Vice*, Affidavit of Carol V. Gilden in Support of Application for Admission *Pro Hac Vice* and the Certificate of Good Standing attached thereto, and Proposed Order for Admission *Pro Hac Vice* on Written Motion, via First-Class mail, upon the following counsel of record:

| | |
|---|---|
| David B. Anders, Esq.<br>Bernard W. Nussbaum, Esq.<br>Won S. Shin, Esq.<br>WATCHELL, LIPTON, ROSEN<br>  & KATZ LLP<br>51 West 52nd Street<br>New York, New York  10019-6150 | Richard A. Acocelli, Jr., Esq.<br>James E. Tullman, Esq.<br>Joseph H. Weiss, Esq.<br>WEISS & LURIE<br>The Fred French Building<br>551 Fifth Avenue<br>New York, New York  10176 |

| | |
|---|---|
| William J. Ban, Esq.<br>BARRACK, RODOS & BACINE (PA)<br>Two Commerce Square<br>2001 Market Sreet<br>Suite 300<br>Phildelphia, PA 19103 | Regina Marie Calcaterra, Esq.<br>BARRACK, RODOS & BACINE (NY)<br>1350 Broadway<br>Suite 1001<br>New York, New York 10018 |
| Robert Craig Finkel, Esq.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022 | Marshall Howard Fishman<br>Elaine Patricia Golin, Esq.<br>Brendan M. Schulman, Esq.<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL, LLP<br>1177 Avenue of the Americas<br>New York, New York 10036 |
| A. Arnold Gershon, Esq.<br>BARRACK, RODOS & BACINE (NY)<br>1350 Broadway<br>Suite 1001<br>New York, New York 10018 | Kim Elaine Miller, Esq.<br>KAHN GAUTHIER SWICK, LLC<br>12 East 41st Street, 12th Floor<br>New York, New York 10017 |
| Lewis Kahn, Esq.<br>KAHN GAUTHIER SWICK, LLC<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 | David A. Rosenfeld, Esq.<br>COUGHLIN, STOIA, GELLER, RUDMAN &<br>ROBBINS, LLP<br>58 South Service Road, Suite 200<br>Melville, New York 11747 |
| Ira M. Press, Esq.<br>KIRBY MCINERNEY LLP<br>830 Third Avenue, 10th Floor<br>New York, New York 10022 | Gerald H. Silk, Esq.<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMAN, LLP<br>1285 Avenue of the Americas<br>New York, New York 10019 |
| Evan J. Smith, Esq.<br>BRODSKY & SMITH, L.L.C.<br>240 Mineola Blvd.<br>Mineola, New York 11501 | |

_Theresa Graham_
Theresa Graham