UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08

MICHAEL RUBIN, Individually And On
Behalf of All Others Similarly Situated,

Plaintiff,

MF GLOBAL, LTD., et al.,

Defendants.

Docket Number: 08-cv-2233 (VM)

Hon. Victor Marrero

### ORDER GRANTING APPLICATION OF
### CAROL V. GILDEN FOR ADMISSION *PRO HAC VICE*

This matter coming before the Court by Motion submitted by Elizabeth Berney, seeking the admission of Carol V. Gilden to the United States District Court for the Southern District of New York *pro hac vice* for purposes of this action, and the Court having considered the Affidavit of Elizabeth Berney submitted in support thereof, and for good cause shown,

IT IS ON this 23rd day of May, 2008,

ORDERED that:

1. Carol V. Gilden is hereby granted admission *pro hac vice* to the United States District Court for the Southern District of New York, for the purpose of appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York;

2. Carol V. Gilden is required to abide by and is subject to the Local Rules of the United States District Court for the Southern District of New York; and

3. Carol V. Gilden is required to notify the Court immediately of any matter that affects his standing at the Bar of any court.

                                                             Victor Marrero
                                                             United States District Judge

Case 1:08-cv-02233-VM   Document 60   Filed 05/23/2008   Page 2 of 2