UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MF GLOBAL, LTD., ET AL.,<br><br>　　　　　　Defendants. | 08 Civ. 02233 (VM)<br><br><br><br>**ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2008, I electronically filed the foregoing Memorandum of Law in Further Support of Motion of the MF Global Institutional Investor Group And in Opposition to Competing Motions for Appointment as Lead Plaintiff And Approval of Selection of Lead Counsel Pursuant to Section 27(A)(3)(B) of the Securities Act of 1933 with the Clerk of Court using the CM/ECF system. I also certify that I have caused the document to be sent by first class U.S. mail to the following:

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Boulevard
Mineola, NY 11501

Joseph H. Weiss
James E. Tullman
Richard A. Acocelli Weiss & Lurie
551 Fifth Avenue
New York, NY 10176

Richard A. Speirs
Shaye J. Fuchs
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue-32rd Floor
New York, NY 10010

Kim E. Miller
Kahn Gauthier Swick, LLC
12 East 41st Street-12th Floor
New York, NY 10017

Bernard W. Nussbaum
David B. Anders
Elaine P. Golin
Won S. Shin
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Richard A. Maniskas
Seamus Kaskela
David Prornisloff
Schiffrin Barroway Topaz
  & Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Jules Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Michael E. Criden
Criden & Love, P.A.
7301 S.W. 57th Court, Ste. 515
South Miami, FL 33143

Lewis Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street-Suite 2150
New Orleans, LA 70130

                                                        /s/ William J. Ban
                                                          William J. Ban