**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re MF GLOBAL, LTD. SECURITIES LITIGATION | Electronically Filed<br><br>Civil Action No. 1:08-cv-02233-VM<br><br>(ECF Case) |

**NOTICE OF WITHDRAWAL OF THE MOTION OF JOSE BETANCOURT TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S <u>SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

After reviewing the competing lead plaintiff motions, Jose Betancourt recognizes that Iowa Public Employees' Retirement System, Policemen's Annuity & Benefit Fund of Chicago, Central States, Southeast and Southwest Areas Pension Fund, and State-Boston Retirement System (collectively, the "MF Global Institutional Investor Group") has the largest financial interest in the relief sought in this action.  Accordingly, Jose Betancourt hereby withdraws his Motion To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel, originally filed with this Court on May 9, 2008, in support of the MF Global Institutional Investor Group.

Nevertheless, should the need arise, Jose Betancourt respectfully requests the Court to consider his motion as he remains willing to serve in a leadership or representative capacity on behalf of the class.  This withdrawal is made without prejudice to the rights of Jose Betancourt to participate in this action as a member of the proposed class and to share in any settlement or recovery.

Dated: May 29, 2008                                    Respectfully submitted,

                                                                        **BRODSKY & SMITH, LLC**

                                                                        By:    */s Evan J. Smith, Esquire (ES3254)*
                                                                        Evan J. Smith (ES3254)
                                                                        240 Mineola Blvd.
                                                                        Mineola, NY 11501
                                                                        Telephone:    (516) 741-4977
                                                                        Facsimile:     (516) 741-0626

                                                                        **Proposed Liaison Counsel**


                                                                        **SCHIFFRIN BARROWAY**
                                                                        **TOPAZ & KESSLER, LLP**
                                                                        Sean M. Handler
                                                                        Steven D. Resnick
                                                                        280 King of Prussia Road
                                                                        Radnor, PA 19087

        Telephone:  (610) 667-7706
        Facsimile:   (610) 667-7056

**Proposed Lead Counsel**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re MF GLOBAL, LTD. SECURITIES LITIGATION | Electronically Filed<br><br>Civil Action No. 1:08-cv-02233-VM<br><br>(ECF Case) |

## CERTIFICATE OF SERVICE

I, Evan J. Smith, hereby certify that on May 29, 2008, the following documents were electronically filed with the Clerk of Court using the CM/ECF system and served on all counsel of record on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. First Class Mail, postage prepaid.

1. Notice of Withdrawal of Motion Of Jose Betancourt To Be Appointed Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel And Liaison Counsel;

Dated: May 29, 2008                    */s Evan J. Smith, Esquire (ES3254)*
                                                              Evan J. Smith (ES3254)

# Mailing Information for a Case 1:08-cv-02233-VM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Richard Adam Acocelli , Jr**
  racocelli@weisslurie.com

- **David B. Anders**
  dbanders@wlrk.com

- **William J. Ban**
  wban@barrack.com,sstone@barrack.com

- **Elizabeth Ann Berney**
  eberney@cmht.com,tgraham@cmht.com

- **Regina Marie Calcaterra**
  rcalcaterra@barrack.com,sdavis@barrack.com

- **Robert Craig Finkel**
  rfinkel@wolfpopper.com,cdunleavy@wolfpopper.com,nmackiel@wolfpopper.com

- **Marshall Howard Fishman**
  mfishman@kramerlevin.com,mattorney@kramerlevin.com

- **A. Arnold Gershon**
  agershon@barrack.com

- **Elaine Patricia Golin**
  EPGolin@wlrk.com

- **Lynda J. Grant**
  lgrant@cmht.com

- **Kim Elaine Miller**
  kimmiller225@yahoo.com

- **Bernard W. Nussbaum**
  bwnussbaum@wlrk.com

- **Ira M. Press**
  ipress@kmslaw.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Brendan M. Schulman**
  bschulman@kramerlevin.com,mattorney@kramerlevin.com

- **Won S. Shin**
  wshin@wlrk.com

- **Gerald Harlan Silk**
  jerry@blbglaw.com

- **Evan J Smith**
  esmith@brodsky-smith.com

- **Steven Jeffrey Toll**
  stoll@cmht.com,efilings@cmht.com

- **James Evan Tullman**
  jtullman@aol.com

- **Joseph Harry Weiss**
  jweiss@weisslurie.com,infony@weisslurie.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
S. Douglas Bunch
Cohen, Milstein, Hausfeld, & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500
West Tower
Washington, DC 20005

Carol V. Gilden
Much, Shelist, Freed, Denenberg, Ament & Rubenstein, P.C.
200 North LaSalle Street
Suite 2100
Chicago, IL 60601-1095

Lewis Kahn
Kahn Gauthier Swick, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130
```