KIRBY McINERNEY LLP
Ira M. Press (IP 5313)
Peter S. Linden (PL 8945)
830 Third Avenue, 10th Floor
New York, New York 10022
(212) 371-6600

*Attorneys for Movant, Detroit General Retirement System*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RUBIN,

          Plaintiff,

   v.

MF GLOBAL, LTD., et al.,

          Defendants.

**Civil Action No.
08 CIV 2233(VM)**

**DETROIT GENERAL RETIREMENT SYSTEM'S NOTICE OF WITHDRAWAL OF
APPLICATION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF
SELECTION OF LEAD COUNSEL**

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that The Detroit General Retirement System ("DGRS") hereby withdraws its application for appointment as Lead Plaintiff and approval of Lead Counsel in the above-referenced action.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a presumption is drawn in favor of the lead plaintiff applicant that demonstrates the largest financial interest in the relief sought by the class in this action among all putative class members who have filed complaints or filed timely motions for lead plaintiff appointment.

Based on a review of the various lead plaintiff appointment motions filed in this action on or before May 9, 2008, DGRS believes that other movants have financial interests in the relief sought by the class that are larger than that of DGRS.

Dated:     New York, New York
           May 28, 2008

                                    Respectfully submitted,

                                    KIRBY McINERNEY LLP

                            By:     _____
                                    Ira M. Press (IP 5313)
                                    Peter S. Linden (PL 8945)
                                    830 Third Avenue, 10th Floor
                                    New York, NY  10022
                                    Tel: (212) 371-6600

                                    *Proposed Lead Counsel*

                                    ALLEN BROTHERS, P.L.L.C
                                    James Allen, Sr.
                                    400 Monroe, Suite 220
                                    Detroit, MI 48226
                                    Tel: (313) 962-7777
                                    *Additional Attorneys for Movant, DGRS*

SO ORDERED:

5-29-08
DATE    VICTOR MARRERO, U.S.D.J.