```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
MICHAEL RUBIN, et al.,                :
                                      :    08 Civ 2233
                  Plaintiffs,         :
                                      :
     - against -                      :    NOTICE OF CONFERENCE
                                      :
MF GLOBAL, LTD., et al.,              :
                                      :
                  Defendants.         :
--------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

    All parties are advised that a conference before Judge Marrero has been scheduled for June 20, 2008 at 3:00 p.m. in Courtroom 20B at the United States Courthouse, 500 Pearl Street, New York, New York. This conference is intended to address the various motions for proposed lead plaintiff(s) and lead counsel.

    Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:    New York, New York
           2 June 2008

_____
Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-08