UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL RUBIN, Individually And On  :
Behalf of All Others Similarly Situated,  :   Docket No. 08-cv-2233 (VM)
                                        :
         Plaintiff,                     :
                                        :
    v.                                  :
                                        :
MF GLOBAL, LTD., ET AL.,                :   **PROPOSED ORDER FOR**
                                        :   **ADMISSION PRO HAC VICE**
         Defendants.                    :

Upon the motion of William J. Ban, counsel for plaintiff in the above-captioned case, and his affidavit in support thereof:

**IT IS HEREBY ORDERED** that

> Mark R. Rosen
> Barrack, Rodos & Bacine
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 963-0600
> Fax: (215) 963-0838
> Email Address: mrosen@barrack.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08
```

is admitted to practice *pro hac vice* as counsel for plaintiff MF Global Investor Group, which consists of, Iowa Public Employees' Retirement System, Policemen's Annuity and Benefit Fund of Chicago, Central States, Southeast, Southwest Areas Pension Fund, State-Boston Retirement System in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel

shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has paid the pro hac vice fee to the Clerk of Court.

Dated: 26 June, 2008

_____
Victor Marrero
United States District/~~Magistrate~~ Judge