DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MICHAEL RUBIN, et al.,            :
                                  :    08 Civ 2233
                    Plaintiffs,   :
                                  :
    - against -                   :    **ORDER**
                                  :
MF GLOBAL, LTD., et al.,          :
                                  :
                    Defendants.   :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court held a conference on June 20, 2008 (the "Conference") regarding the appointment of lead plaintiff(s) and lead counsel. For the reasons stated at the Conference, it is hereby

**ORDERED** that the motion (Docket No. 42) by movants Iowa Public Employees' Retirement System; Policemen's Annuity & Benefit Fund of Chicago; Central States, Southeast, Southwest Areas Pension Fund; and State-Boston Retirement System (collectively, "MF Global Institutional Investor Group") for appointment to serve as lead plaintiffs is GRANTED; and it is further

**ORDERED** that the law firms of Barrack, Rodos & Bacine and Cohen, Milstein, Hausfeld & Toll, P.L.L.C. are approved to serve as co-lead counsel; and it is finally

**ORDERED** that the motions of all other movants seeking appointment to serve as lead plaintiffs, insofar as not

previously withdrawn, are DENIED.

**SO ORDERED.**

Dated:   New York, New York
         23 June 2008

                                               Victor Marrero
                                                U.S.D.J.