UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, | Case No. 08 Civ. 02233 (VM) |
| Plaintiff, | |
| v. | |
| MF GLOBAL, LTD., ET AL., | |
| Defendants. | |

**JOINT STIPULATION AND ORDER REGARDING SCHEDULING**

WHEREAS, by Order dated June 23, 2008, the Court appointed the Iowa Public Employees' Retirement System; Policemen's Annuity & Benefit Fund of Chicago; Central States, Southeast, Southwest Areas Pension Fund; and State-Boston Retirement System (collectively, the "MF Global Institutional Investor Group") to serve as Lead Plaintiffs in the above-captioned consolidated action; and

WHEREAS, the Parties have consulted with each other, and have agreed upon the proposed schedule set forth below;

IT IS HEREBY STIPULATED AND AGREED, by and between Lead Plaintiffs and Defendants through their respective undersigned attorneys, and subject to the Court's approval, as follows:

1. Lead Plaintiffs shall file their consolidated complaint within 60 days of entry of the Joint Stipulation and Order.

387850 1 1

1

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-08
```

2. Defendants shall answer, move to dismiss, or otherwise respond to Lead Plaintiffs' consolidated complaint within 60 days after Lead Plaintiffs file their consolidated complaint.

3. Lead Plaintiffs shall file their opposition to any motion to dismiss within 30 days after any motion to dismiss is filed.

4. Defendants shall file their reply in further support of any motion to dismiss within 15 days after Lead Plaintiffs' opposition is filed.

5. Nothing herein shall be deemed to constitute a waiver of, and Defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned consolidated action, including defenses related to personal jurisdiction or with respect to class action status.

6. The parties jointly request that the Court entertain oral argument on any motion to dismiss at a date convenient to the Court after the completion of all briefing.

Dated: July 9, 2008

/s/ A. Arnold Gershon
A. Arnold Gershon (AG-3809)
William J. Ban (WB-0382)
Regina M. Calcaterra (RC-3858)
**BARRACK, RODOS & BACINE**
1350 Broadway
Suite 1001
New York, NY 10018
Phone: (212) 688-0782
Fax: (212) 688-0783

Leonard Barrack
Daniel E. Bacine
Mark R. Rosen (*admitted pro hac vice*)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 963-0600
Fax: (215) 963-0838

387850.1 1

*Attorneys for the Iowa Public Employees' Retirement System, the Policemen's Annuity & Benefit Fund of Chicago and Co-Lead Counsel for the Class*

Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, DC 20005-3964
Phone: (202) 408-4600
Fax: (202) 408-4699

Carol V. Gilden (*admitted pro hac vice*)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Phone: (312) 357-0370
Fax: (312) 357-0369

*Attorneys for the State-Boston Retirement System and Central States, Southeast and Southwest Areas Pension Fund and Co-Lead Counsel for the Class*

Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Phone: (212) 907-0700
Fax: (212) 818-0477

*Additional Attorneys for the State-Boston Retirement System*

_[signature]_

Bernard W. Nussbaum (BN-0187)
David B. Anders (DA-6932)
Elaine P. Golin (EG-2523)
Won S. Shin (WS-1978)
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Phone: (212) 403-1000
Fax: (212) 403-2000

*Attorneys for Defendants MF Global, Ltd., Kevin R. Davis, Amy S. Butte, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg*

So ordered and approved, this 11th day of July, 2008:

_[signature]_
Victor Marrero, U.S.D.J.

4

387850.1 1