UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>MF GLOBAL, LTD., et al.,<br><br>                Defendants. | 08 Civ. 02233 (VM)<br><br>**ELECTRONICALLY FILED** |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Lead Plaintiff State-Boston Retirement System.

I certify that I am admitted to practice in this Court.

Dated: July 21, 2008
       New York, New York

                                Respectfully submitted,

                                LABATON SUCHAROW LLP

                                By:   /s/ Jonathan Gardner
                                Jonathan Gardner (JG-8512)
                                140 Broadway
                                New York, New York 10005
                                Telephone: (212) 907-0700
                                Facsimile: (212) 818-0477

                                *Counsel for Lead Plaintiff State-Boston*
                                *Retirement System*