UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MICHAEL RUBIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MF GLOBAL, LTD., et al., <br><br> Defendants. | Case No. 08 Civ. 02233 (VM) <br><br> ECF Case |

---

| | |
|---|---|
| FRANK MATASSA, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MF GLOBAL LTD, MAN GROUP PLC, EDWARD L. GOLDBERG, AMY S. BUTTE, ALISON J. CARNWATH, KEVIN R. DAVIS, CHRISTOPHER J. SMITH, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., CREDIT SUISSE SECURITIES (USA) LLC, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES INC., LEHMAN BROTHERS INC., UBS SECURITIES LLC, GOLDMAN, SACHS & CO., MORGAN STANLEY & CO. INC., and DEUTSCHE BANK SECURITIES INC. <br><br> Defendants. | Case No. 08 Civ. 02895 (VM) <br><br> ECF Case <br><br><br> USDS SDNY <br> DOCUMENT <br> ELECTRONICALLY F[ILED] <br> DOC #: _____ <br> DATE FILED: 8-25-08 |

## STIPULATION AND ORDER

WHEREAS, a complaint was filed and summonses were issued on March 19, 2008 under the caption *Matassa v. MF Global Ltd., et al.*, 08-CV-002895 (VM) (the "*Matassa* Complaint"

or the "*Matassa* Action"), that named as defendants, among others, Citigroup Global Markets Inc., J.P. Morgan Securities Inc., Lehman Brothers Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., and Morgan Stanley & Co. Incorporated (collectively, the "Underwriter Defendants");

WHEREAS, the Court consolidated the *Matassa* Action with *Michael Rubin v. MF Global, Ltd, et al.*, 08-CV-02233 (VM), by Order entered April 7, 2008;

WHEREAS, on July 14, 2008, the Court entered an Order requiring, *inter alia*, lead plaintiffs in the consolidated action to file a consolidated complaint within 60 days of the entry of the July 14, 2008 Order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. The Underwriter Defendants waive service of the *Matassa* Complaint and summons, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, except as to service of process.

2. Pursuant to the Court's July 14, 2008 Order, the consolidated complaint will, upon filing, supersede the *Matassa* Complaint, and thus no answer, pleading or motion in response to the *Matassa* Complaint is required.

3. Except as expressly provided herein, nothing set forth in this Stipulation shall be deemed to constitute a waiver of any claim, defense, or right.

Dated: August ⎯⎯, 2008

**BARRACK RODOS & BACINE**

*[signature]*

Mark R. Rosen (*admitted pro hac vice*)
William J. Ban
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 963-0600
Fax: (215) 963-0838

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

*[signature]*

Carol V. Gilden. (*admitted pro hac vice*)
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Phone: (312) 357-0370
Fax: (312) 357-0369

*Co-Lead Counsel for Lead Plaintiffs*

**SHEARMAN & STERLING LLP**

*[signature]*

Stuart J. Baskin
Herbert S. Washer
Adam S. Hakki
599 Lexington Avenue
New York, New York 10022
Phone: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for the Underwriter Defendants*

SO ORDERED:

*[signature]*

U.S.D.J.   Victor Marrero

Dated: 24 August, 2008

61849                                     3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN, | 08 Civ. 02233 (VM) |
| Plaintiff, | |
| v. | |
| MF GLOBAL, LTD., ET AL., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2008, I forwarded a copy of the foregoing Stipulation and Order which is being electronically filed today with the Clerk of Court. I also certify that I have caused this document to be sent via overnight mail to the following:

| | |
|---|---|
| Bernard W. Nussbaum<br>David B. Anders<br>Elaine P. Golin<br>Won S. Shin<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>Phone: 212-403-1000<br>Fax: 212-403-2000<br><br>**Attorneys for Defendants MF Global, Ltd., Kevin R. Davis, Alison J. Carnwath, Christopher J. Smith, Christopher Bates, Henri J. Steenkamp, and Edward L. Goldberg** | Stuart J. Baskin<br>Herbert S. Washer<br>Adam S. Hakki<br>599 Lexington Avenue<br>New York, NY 10022<br>Phone (212) 848-4000<br>Fax: (212) 848-7179<br><br>**Attorneys for the Underwriter Defendants Citigroup Global Markets Inc., J.P. Morgan Securities Inc., Lehman Brothers Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., and Morgan Stanley & Co. Incorporated** |

_____
Mark R. Rosen