USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL RUBIN, Individually and on Behalf of : Case No. 08 Civ. 02233 (VM)
All Others Similarly Situated :
: ECF Case
Plaintiff, :
:
v. :
:
MF GLOBAL, LTD., et al., :
:
Defendants. :
_____x

_____x
FRANK MATASSA, Individually And On Behalf : Case No. 08 Civ. 02895 (VM)
Of All Others Similarly Situated, :
: ECF Case
Plaintiff, :
:
v. :
:
MF GLOBAL LTD, MAN GROUP PLC, :
EDWARD L. GOLDBERG, AMY S. BUTTE, :
ALISON J. CARNWATH, KEVIN R. DAVIS, :
CHRISTOPHER J. SMITH, MERRILL LYNCH, :
PIERCE, FENNER & SMITH INC., CREDIT :
SUISSE SECURITIES (USA) LLC, CITIGROUP :
GLOBAL MARKETS INC., J.P. MORGAN :
SECURITIES INC., LEHMAN BROTHERS INC., :
UBS SECURTIES LLC, GOLDMAN, SACHS & :
CO., MORGAN STANLEY & CO. INC., and :
DEUTSCHE BANK SECURTIES INC. :
:
Defendants. :
_____x

## STIPULATION AND ORDER

WHEREAS, a complaint was filed and summonses were issued on March 19, 2008 under

the caption *Matassa v. MF Global Ltd., et al.*, 08-CV-002895 (VM) (the "*Matassa* Complaint"

or the "*Matassa* Action"), that named as defendants, among others, Citigroup Global Markets Inc., J.P. Morgan Securities Inc., Lehman Brothers Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., Goldman, Sachs & Co., and Morgan Stanley & Co. Incorporated (collectively, the "Underwriter Defendants");

WHEREAS, the Court consolidated the *Matassa* Action with *Michael Rubin v. MF Global, Ltd, et al.*, 08-CV-02233 (VM), by Order entered April 7, 2008;

WHEREAS, on July 14, 2008, the Court entered an Order requiring, *inter alia*, lead plaintiffs in the consolidated action to file a consolidated complaint within 60 days of the entry of the July 14, 2008 Order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. The Underwriter Defendants waive service of the *Matassa* Complaint and summons, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, except as to service of process.

2. Pursuant to the Court's July 14, 2008 Order, the consolidated complaint will, upon filing, supersede the *Matassa* Complaint, and thus no answer, pleading or motion in response to the *Matassa* Complaint is required.

3. Except as expressly provided herein, nothing set forth in this Stipulation shall be deemed to constitute a waiver of any claim, defense, or right.

Dated: August __, 2008

**BARRACK RODOS & BACINE**

_____
Mark R. Rosen (*admitted pro hac vice*)
William J. Ban
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Phone: (215) 963-0600
Fax: (215) 963-0838

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

_____
Carol V. Gilden. (*admitted pro hac vice*)
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Phone: (312) 357-0370
Fax: (312) 357-0369

*Co-Lead Counsel for Lead Plaintiffs*

**SHEARMAN & STERLING LLP**

_____
Stuart J. Baskin
Herbert S. Washer
Adam S. Hakki
599 Lexington Avenue
New York, New York 10022
Phone: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for the Underwriter Defendants*

**SO ORDERED:**

_____
U.S.D.J.   Victor Marrero

Dated: ___ August, 2008

61849                                              3