**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL RUBIN, :<br><br>        Plaintiff, :<br><br>        v. :<br><br>MF GLOBAL, LTD., et al., :<br><br>        Defendants. : | Case No. 08 Civ. 2233 (VM) |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that on November 18, 2011 at 1:30 p.m. in Courtroom 20B of the United States District Court located at 500 Pearl Street, New York, New York, Lead Plaintiffs will and hereby do move the Court, the Honorable Victor Marrero, for an order granting Lead Plaintiffs' motion for final approval of proposed class action Settlement and Plan of Allocation.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying declaration of Daniel E. Bacine and Carol V. Gilden in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

Dated: October 21, 2011

**BARRACK, RODOS & BACINE**

Daniel E. Bacine
Mark R. Rosen
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Tel: (215) 963-0600
Fax: (215) 963-0838

William J. Ban (WB-0382)
425 Park Avenue, Suite 3100
New York, NY 10022
Tel: (212) 688-0782
Fax: (212) 688-0783

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

  /s/ S. Douglas Bunch             .
Carol V. Gilden
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 357-0370
Fax: (312) 357-0369

Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch (SB-3028)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005-3964
Tel: (202) 408-4600
Fax: (202) 408-4699

*Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Jonathan Gardner
Angelina Nguyen
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Additional Counsel for Co-Lead Plaintiff State-Boston Retirement System*