**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MICHAEL RUBIN, | : | Case No. 08 Civ. 2233 (VM) |
| Plaintiff, | : | |
| v. | : | |
| MF GLOBAL, LTD., et al., | : | |
| Defendants. | : | |

**LEAD PLAINTIFFS' NOTICE OF MOTION
AND PLAINTIFFS' COUNSEL'S PETITION FOR AN AWARD OF ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES AND LEAD PLAINTIFFS' PETITION
FOR REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on November 18, 2011 at 1:30 p.m. in Courtroom 20B of the United States District Court located at 500 Pearl Street, New York, New York, Lead Plaintiffs will and hereby do move the Court, the Honorable Victor Marrero, for an order granting Plaintiffs' Counsel's petition for an award of attorneys' fees and reimbursement of expenses and Lead Plaintiffs' petition for reimbursement of expenses.

This motion is based upon this notice of motion and the petitions, the accompanying memorandum of law, the accompanying declaration of Daniel E. Bacine and Carol V. Gilden in support of the petitions, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the petitions.

| | |
|---|---|
| Dated:  October 21, 2011 | Respectfully submitted, |

| | |
|---|---|
| **BARRACK, RODOS & BACINE** | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| Daniel E. Bacine | |
| Mark R. Rosen |   /s/ S. Douglas Bunch                . |
| 2001 Market Street, Suite 3300 | Carol V. Gilden |
| Philadelphia, PA 19103 | 190 S. LaSalle Street, Suite 1705 |
| Tel: (215) 963-0600 | Chicago, IL 60603 |
| Fax: (215) 963-0838 | Tel: (312) 357-0370 |
| | Fax: (312) 357-0369 |
| William J. Ban | |
| 425 Park Avenue, Suite 3100 | Steven J. Toll |
| New York, NY 10022 | Daniel S. Sommers |
| Tel: (212) 688-0782 | S. Douglas Bunch |
| Fax: (212) 688-0783 | 1100 New York Avenue, N.W. |
| | Suite 500, West Tower |
| | Washington, D.C. 20005-3964 |
| | Tel: (202) 408-4600 |
| | Fax: (202) 408-4699 |

*Co-Lead Counsel for the Class*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Jonathan Gardner
Angelina Nguyen
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Additional Counsel for Co-Lead Plaintiff State-Boston Retirement System*

2